# *RHBB Psychology Neuropsychology*

**NEUROPSYCHOLOGY CONSULTATION REPORT**

**Name:** Dustin Coffelt
**Date of Birth:** 17 AUG 1989
**Date of Report:** 25 JUN 2023

## Referral Information

This is an independent medical evaluation (IME) report for Dustin Coffelt, requested by attorney Frank Passafiume, Esq, from the Federal Public Defender's Office. Before beginning the evaluation, the limits of confidentiality were fully explained, and Mr Coffelt agreed to undergo assessment fully understanding the relationship between this writer and the retaining third party. Specifically, it was emphasized that the assessment was not confidential, and that we were not entering into a customary doctor/patient relationship.

## Record Review

Lancaster Central Schools

- June and September 2003. Lancaster Central Schools. 504 accommodation plan. Review date 6/04. Effective date 9/03. Grade 9. Measured cognitive ability falls within the high average range. Testing indicated above grade level achievement and reading, and average achievement in math and written language. Teacher and parent inventories provide strong indicators for ADHD. Dustin was only minimally successful at Lancaster middle school. Dustin is respectful to other students and compliant with teachers but can be passive and sometimes refuses to do work in class. WISC3, verbal 108, performance, 115, full scale 112. WIAT, word reading 104, numerical operations 111, Reading Comprehension 114, Spelling 100, Written Expression 100. Accommodations include preferential seating, multi modal approach to instruction, extended time on tests, resource room daily for task management.
- 29 NOV 2006. Lancaster committee on special education. Child's behavior is a manifestation of his disability.
- 19 SEP 2006. Lancaster individualized education program. Special education programs and services are continued with instruction in a self-contained setting for three periods daily. Preferential seating. Extended time on testing. Dustin has significant hyperactivity affecting academic performance. BASC shows abnormal elevations on attitude to school, attitude to teachers, sense of inadequacy, depression, sensation seeking. WASI, full scale 97, performance 105, verbal 89. WIAT2 scores uniformly average or better.
- 08 JAN 2007. Same as above.

ECMC Comprehensive Psychiatric Emergency Program (CPEP)

- 19 DEC 2009. This is a 20 yo WM w/ hx of opiate dependence who was brought by police to CPEP after he reportedly voiced suicidal thoughts. He states that he has been "clean" for one year but has not started working or going to school and his mother "gets on him" about playing computer games all day. Frequently they argue and mother calls the police. This was the case today and according to patient, the police misunderstood his intentions and brought him In. He denies ever having suicidal ideation, intent, or plan. There is no history of self-harm. He denies psychosocial stressors, depression, anxiety, sleep, or psychotic symptoms.
- DX: Adj dis w disturbance of conduct. antisocial traits. conflict with mother, playing computer games all day, mother confirms she should not call Police to set limits.

Preston Medical PC

- 18 OCT 2013. Preston Medical PC. First note in the record. He sees Ibrahim Opalaye MD. He is a 24 year old, started using marijuana in high school and later went into using drugs about six years ago. Drugs include OxyContin, Opana, and Lortab. Patient went into Suboxone program under Dr. Small at one time for only two months. Last use of Subutex was today but a small amount. Has ADHD on no medication. Plan, Suboxone, sublingual, film, and.
- 29 OCT 2013 Adebukola Abiola MD. The remainder of the record is largely from this writer.
- 12 DEC 2013, no relapse withdrawal or craving for other drugs using three doses of Suboxone daily.
- 15 APR 2014 prefers his current dose of Subutex, smoking half pack per day
- 13 JUN 2016, patient on buprenorphine 8 mg sublingual tablet three times a day.
- 19 DEC 2017, has gained about 50 to 60 pounds since he started treatment continues to smoke but claims he would like to quit if his girlfriend quits will stay on current dose of buprenorphine.
- 16 APR 2018 complains of migraine headache motion sickness is better today no change in buprenorphine dosage.
- 18 FEB 2019, he states that he is doing well is planning to start his own business soon note to change and dosage of buprenorphine.
- 30 AUG 2019, he states that his business is going well. He would like to stay on current dose of buprenorphine.
- 15 FEB 2021, he is doing much better trying to cope with the passing of his mom. Would like to stay on current dose of buprenorphine.
- 11 APR 2022, he ran out of nicotine patches, but rarely smokes anymore, he recently broke up with his fiancé, his children are doing well, he temporarily stays with his dad.

- 09 MAY 2022, he recently got an apartment and lives alone. He complains of nausea whenever he take Suboxone. Nausea resolved when he took buprenorphine. He wishes to continue the current dose of buprenorphine.
- 01 AUG 2022. This is the final note in the record. Treatment is going well. He is on the same dose of buprenorphine. No issues or concerns.
- *** the record is extensive, monthly or biweekly visits, no issues of compliance throughout.

27 APR 2022. Stephanie Tranquilli PA, General Physician PC

- Diagnoses listed are generalized anxiety disorder, attention deficit hyperactivity disorder (ADHD), opioid dependence in remission, hypothyroid.
- He is prescribed nicotine patch, levothyroxine, buprenorphine/naloxone or Suboxone.
- ADHD was diagnosed in HS, treatment should be managed by his rehab doctor.

He is confronted at his apartment by law enforcement personnel and turns over evidence willfully. 29 JUN 2022.

11 AUG 2022. Interview after Arrest.

- He presents as alert and cooperative. There are no communication problems. He is very candid.
- Mr. Coffelt is shaking his leg throughout.
- He reports that he and had a relationship with a 13 year-old female identified in the criminal complaint as MVI. He states that their relationship was like dating, consensual, and had been going on for roughly 2-3 years, since she was age 10 or 11.
- Mr. Coffelt states that they spent much time together watching anime, playing video games, and "sexual stuff." He states that this involved "everything" referring to oral sex and intercourse. He bought sex toys for her, tried the toys and she did not like it and so this discontinued.
- He took photos of her for masturbation purposes, including a video of them having intercourse, and deleted them. He did not share any of this material with anyone.
- Mr. Coffelt consistently denied engaging in child pornography otherwise, and he denied having pedophilic urges – "I'm not a pedophile, don't find kids attractive."
- He states that her mother Beverly did not know about the relationship until a few months before his arrest.
- Mr. Coffelt reports that he and MVI had loving feelings for each other. He cared about her and wanted to protect her from potential perpetrators on social media. He adds that he has never loved someone like this before.

- He relates that he does not talk much to others, only through online gaming activities. MVI was his only source of intimate or close social support. He did not have a good relationship with his partner/girlfriend Beverly.
- In their SnapChat and gaming interactions Mr. Coffelt used a pseudonym Levi to hide his identity.
- Shown pictures he identifies photos of kissing and cuddling, and he gave her a ring, a symbol of love.
- Mr. Coffelt said that he knows something is wrong with him, and he has pursued psychological counseling. He does not know what is wrong with him, but he wants help.

SnapChat

- 83. Levi - I'm having bad thoughts again, really bad ones.
- 84. Levi – if you won't be in my future and then I don't want to be here, depressed
- 84 to 91 – Levi entries reveal marked dependency needs and attention seeking behavior, conversing with MVI as if she is an adult.
- 89. tries to normalize their relationship, talks about another couple ages 18 who have been in love since age 9.

Pretrial Services Report

- The defendant, age 32, reported that he was born in Buffalo, New York, to the relationship of Dana Coffelt and the late Lin Coffelt. He has one sibling, Nicole Coffelt, who resides in Brooklyn, New York. Mr. Coffelt stated that his father resides in the immediate area, and he described their relationship as "so/so". He indicated that he does not have any contact with his sister, Nicole Coffelt.
- Mr. Coffelt is single. He reported that he fathered one child Skyler Coffelt (10) from a prior relationship with Beverly Spaich. The defendant stated that he has not had any contact with his child or her mother in approximately one month due to his current charge.
- The defendant reported that he resided at 39 Neoga Street in Depew, New York, with his ex-girlfriend, Beverly Spaich, and her children for approximately six years.
- Mr. Coffelt stated that he has been unemployed for the past ten years. He reported prior employment with WalMart as a stocker. He stated that he also was employed with multiple pizzerias and fast-food restaurants for a few months at a time.
- The defendant advised that he is financially supported by a life insurance policy left by his late mother, and he is the sole beneficiary. He reported that the approximate value of said policy is $10,000. Mr. Coffelt stated that his father acts as payee and does assist him with paying his bills. Additionally, the defendant stated that he receives $459.00 in cash assistance.

- Mr. Coffelt reported that he was diagnosed with attention deficit hyperactive disorder (ADHD) as a child. He indicated that he was diagnosed with anxiety, depression, and an adjustment disorder in June of 2022. He stated that he was seeing a clinician at Erie County Medical Center and was in the process of being prescribed medications. Mr. Coffelt believes that he also has autism but, has not been diagnosed. He does not have any regular contact with anyone outside of the individuals he communicates with via internet gaming communities. He stated that he does not feel comfortable communicating with others.
- Mr. Coffelt reported that he has been gambling for the past six years. He stated that he gambles approximately two times per week and spends approximately $200 to $300 per occasion when he gambles online.
- The defendant reported that he has been sober for the past twelve years. He reported prior daily use of molly, ecstasy, crack cocaine, oxycodone, Lortabs, and fentanyl. He stated that he consumed marijuana one time approximately two months ago. Mr. Coffelt reported that he has been engaged in outpatient substance abuse treatment for the past six years. He stated that he currently attends sessions with Preston Healthcare and is seen by Dr. Adebukola Abiola.

## Neuropsychological Evaluation of Dustin Coffelt on 10 MAR 2023

The examination took place at the Niagara County Jail, in a quiet room without interruption. There were no vision or hearing deficits apparent. He is right-handed. He was alert and motivated to answer questions candidly and perform tests to the best of his ability.

<u>History Reported by Mr. Coffelt</u>. Mr. Coffelt was born on 17 August 1989 and he is now aged 33. He is 5‘ 11" tall and weighs 185 pounds. I note that his legs are shaking throughout the examination, and he rocks back-and-forth intermittently. He states that he is a little nearsighted but reads without difficulty. He has been in the Niagara County jail since last August.

Asked about his current medication. He states that he is taking Suboxone and Synthroid.

He attended the ECMC downtown clinic for a few months before he was incarcerated last summer. He was diagnosed with severe adjustment disorder. He has depression and anxiety. He states that he tries to distract himself from negative thoughts, depression and worry by staying occupied with various activities. He denies insomnia if he is taking Suboxone. His appetite is normal. There is no suicidal ideation.

He states that he will think of something bad, for example, a stiff sentence, and that he will soon run out of money. He wonders what will happen to his Social Security application. He dwells on things being in specific spots, focuses on other people's germs, is anxious when someone hands him some food or if a fork is too close to his food. He denies repetitive compulsions.

He was housed in a special housing unit or suicide watch when he was depressed. A felt that a lot of thoughts and feelings were building up. He was going through withdrawal from Suboxone. He relapsed in December and January taking K2, Wellbutrin, Thorazine, or alprazolam. He had been clean for 12 years before incarceration. He was thinking about worst case scenarios, wondering what will happen in court, and fearful about a stiff sentence. He gets paranoid about other inmates getting information to feed to the prosecution. He is in protective custody because his charges are known and he is easy to pick on.

If free, he would want to procure $60,000 from the sale of his mother's house and then invest the money in vending machines. He has not worked in 10 or 12 years. He last worked at Walmart but he was not a good worker. He sat in the cooler and read. He stocked shelves, and he was fired, because there were too many no-shows. He tried to make money online in cryptocurrency.

Prior to his arrest he had been living with his girlfriend and was supported by public assistance and food stamps. He was applying for Social Security income.

Asked about his education he stated that he has a high school diploma, non-regents, and was supported by special education services. He failed gym class. He did not repeat grades. He remembers that he skipped school frequently and required a lot of supervision.

Reflecting on his childhood, he denies having been emotionally traumatized, but he also states that he cannot remember much of his early childhood. He said that he was punished for poor grades. He stayed for a time with friends, or girlfriends, and when living with a girlfriend, her father let them "do anything."

He remembers that his father stepped in after his mother, died of Covid in 2020. Mr. Coffelt coped by escaping into the world of video games to avoid thinking about her.

When living with Beverly, he was on public assistance. She had a son age 12, who required a lot of attention because he has attention deficit disorder, and she also has a father with schizophrenia. Mr. Coffelt remembers that they got along OK, but there was essentially no sex life for seven or eight years. He was occupied with video games.

Reflecting on his mother, he stated that he always thought that he would not want to live past her death. He added "she always took care of me." Fortunately, his father came into his life. Also, Beverly played a maternal role. In speaking about his mother, he becomes visibly sad and nearly tearful. Asked about what keeps him from committing suicide with his mother gone Mr. Coffelt answers "I have my father." He adds, however, that if he is sentenced to 40 years he will "think about it."

Mr. Coffelt was diagnosed with attention deficit disorder in his teens. He remembers that he was tried on Ritalin, Adderall, and Strattera, which mostly worked and he took this in high school, and then he stopped, and he does not remember why he stopped, perhaps he tried to sell the medications.

He has a biological daughter age 11. Her name is Skyler and he points to a tattoo of her. They were recently in Family Court.

Mental Status Exam.

- Alert and oriented x3.
- No impairment of audition or vision.
- Comprehension intact, no evidence of aphasia.
- Affect is mildly restricted in range.
- Mood is anxious and depressed.
- Denies insomnia and reduction of appetite.
- Negative self esteem.
- Poor social skills and social avoidance.
- Denies suicidal ideation at this time, contemplates should he receive a long sentence.
- High dependency needs. Relied heavily upon his mother and girlfriend Beverly, and now his father.
- Obsessive thinking is noted, focusing on germs and fear of others conspiring against him regarding his case.
- Compulsive ritual behaviors denied.
- Denies anhedonia.
- He denies history of psychological trauma and PTSD symptoms.
- Psychosis symptoms are denied.

Psychometric Testing. He was tested in a room adjacent to an officer desk, with no interruptions. He was allowed bathroom breaks as needed and he had a lunch break at roughly 11:30. The following test scores were obtained.

| TEST | SCORE 2023 | AGE %ILE | INTERPRETATION |
|---|---|---|---|
| Academic Skills | | | |
| WRAT 5-Word Reading, SS | 113 | 81 | High average |
| WRAT 5-Spelling, SS | 96 | 39 | Average |
| WRAT 5- Math Computation, SS | 93 | 32 | Average |
| General Ability or intelligence | | | |
| WAIS-IV, Similarities, scaled score | 8 | 25 | Average |
| WAIS-IV, Digit Span, scaled score | 12 | 75 | High average |
| WAIS-IV, Matrix Reasoning, scaled score | 10 | 50 | Average |
| WAIS-IV, Arithmetic, scaled score | 11 | 63 | Average |
| WAIS-IV, Symbol Search, scaled score | 12 | 75 | High average |
| WAIS-IV, Visual Puzzles, scaled score | 13 | 84 | High average |
| WAIS-IV, Information, scaled score | 8 | 25 | Average |
| WAIS-IV, Coding, scaled score | 12 | 75 | High average |
| WAIS-IV, VCI prorated | 89 | 23 | Low average |
| WAIS-IV, PRI prorated | 109 | 73 | Average |
| WAIS-IV, WMI | 108 | 70 | Average |
| WAIS-IV, PSI | 111 | 77 | High average |
| WAIS-IV, FSIQ | 104 | 61 | Average |
| Language and Academic Skills | | | |
| CIFA Letter Word Fluency, raw score | 21 | 21 | Low average |
| CIFA Category Word Fluency, raw score | 39 | 24 | Low average |
| Spatial Abilities | | | |
| Rey Complex Figure, Copy, raw score | 26 | 4 | Below average |
| Learning and Memory | | | |
| CVLT-3, Total Learning, raw score | 58 | 73 | Average |
| CVLT-3, Delayed Recall, raw score | 9 | 25 | Average |
| CVLT-3 Recognition Index, raw score | 3.4 | 50 | Average |
| BVMT-R Total, raw score | 25 | 34 | Average |
| BVMT-R Delayed Recall, raw score | 8 | 12 | Low average |
| BVMT-R Delayed Recall, % retained | 73 | 4 | Below average |
| BVMT-R Delayed Recognition Index, raw score | 5 | 4 | Below average |
| Processing Speed and Executive Control | | | |
| Trail Making Test, Part A, sec to complete | 21 | 69 | Average |
| Trail Making Test, Part B, sec to complete | 39 | 82 | High average |
| DKEFS CW Interference - Color Naming, sec to complete | 29 | 37 | Average |
| DKEFS CW Interference- Word Reading, sec to complete | 27 | 16 | Low average |
| DKEFS CW,Interference- Inhibition, sec to complete | 49 | 63 | Average |
| DKEFS CW,Interference- Inhibition/Switching, sec to complete | 59 | 50 | Average |
| M-WCST, Categories Completed, raw score | 6 | 62 | Average |
| M-WCST, Perseverative Errors, raw score | 6 | 3 | Below average |
| M-WCST, Total Errors, raw score | 10 | 14 | Low average |
| NAB Executive Functions, Mazes, raw score | 20 | 54 | Average |
| NAB Executive Functions, Judgment, raw score | 15 | 92 | Above average |
| NAB Executive Functions, Categories, raw score | 30 | 86 | High average |

Personality Assessment Inventory




| Scale | ICN | INF | NIM | PIM | SOM | ANX | ARD | DEP | MAN | PAR | SCZ | BOR | ANT | ALC | DRG | AGG | SUI | STR | NON | RXR | DOM | WRM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw | 8 | 2 | 2 | 6 | 33 | 40 | 39 | 34 | 10 | 29 | 42 | 27 | 24 | 0 | 31 | 5 | 15 | 12 | 11 | 17 | 7 | 10 |
| T | 58 | 47 | 51 | 29 | 72 | 72 | 73 | 71 | 36 | 62 | 86 | 59 | 62 | 41 | 104 | 38 | 74 | 64 | 67 | 57 | 26 | 26 |
| % Complete | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

| | | Score Raw | Score T |
|---|---|---|---|
| *SOM-C* | Conversion | 8 | 66 |
| *SOM-S* | Somatization | 12 | 70 |
| *SOM-H* | Health Concerns | 13 | 71 |
| *ANX-C* | Cognitive | 17 | 75 |
| *ANX-A* | Affective | 14 | 70 |
| *ANX-P* | Physiological | 9 | 64 |
| *ARD-O* | Obsessive-Compulsive | 10 | 52 |
| *ARD-P* | Phobias | 23 | 95 |
| *ARD-T* | Traumatic Stress | 6 | 55 |
| *DEP-C* | Cognitive | 19 | 93 |
| *DEP-A* | Affective | 9 | 64 |
| *DEP-P* | Physiological | 6 | 50 |
| *MAN-A* | Activity Level | 4 | 42 |
| *MAN-G* | Grandiosity | 1 | 33 |
| *MAN-I* | Irritability | 5 | 43 |
| *PAR-H* | Hypervigilance | 3 | 37 |
| *PAR-P* | Persecution | 13 | 77 |
| *PAR-R* | Resentment | 13 | 66 |
| *SCZ-P* | Psychotic Experiences | 7 | 60 |
| *SCZ-S* | Social Detachment | 16 | 76 |
| *SCZ-T* | Thought Disorder | 19 | 93 |
| *BOR-A* | Affective Instability | 6 | 54 |
| *BOR-I* | Identity Problems | 7 | 56 |
| *BOR-N* | Negative Relationships | 4 | 46 |
| *BOR-S* | Self-Harm | 10 | 76 |
| *ANT-A* | Antisocial Behaviors | 15 | 73 |
| *ANT-E* | Egocentricity | 3 | 49 |
| *ANT-S* | Stimulus-Seeking | 6 | 53 |
| *AGG-A* | Aggressive Attitude | 2 | 39 |
| *AGG-V* | Verbal Aggression | 0 | 31 |
| *AGG-P* | Physical Aggression | 3 | 52 |



**COMMENT**

- Adjustment disorder with anxious and depressed mood. Avoidant personality disorder. Attention Deficit Hyperactivity Disorder. Substance use disorder.
- There are borderline or defective scores on tests emphasizing visual/spatial processing. It is not of such degree to render him disabled from competitive employment. His IQ is average.
- Interview, history, and the Personality Assessment Inventory (PAI) reveals significant areas of psychopathology.
    - The Phobia scale of the PAI shows a t score of 95 – the mean is 50 and the SD is 10, the score is more the 4 SDs of the norm for age, essentially above the 99th %ile or "off the scale of normality." The Persecution scale is t = 77, which is 2.5 SDs off the mean for age. He is likely to be a socially isolated individual who has few interpersonal relationships that could be described as close and warm. He has limited social skills, with difficulty interpreting the normal nuances of interpersonal behavior that provide meaning to personal relationships. He is also very fearful of how he may be treated or received in social situations.
    - He is likely to display significant phobic symptoms and behaviors. These behaviors are likely to interfere in some significant way in his life, and it is probable that he monitors his environment in a vigilant fashion to avoid contact with the feared object or situation. In this case the phobia is social and agoraphobic.
    - His social inadequacy may be explained by avoidant personality disorder, a DSM5 diagnosis. His self-esteem, as reflected by the Depression-Cognitive scale (t=93) is very severely deficient. The syndrome is characterized by fear of rejection, few, if any, close friends, anxiety in social settings and relationships, shy, awkward, and self-conscious in social situations, poor self-image, seeing themselves as inadequate and inferior. On the PAI, he describes himself as a very meek and unassertive person who has difficulty standing up for himself. He is quick to feel that he is being treated inequitably and easily believes that there is a concerted effort among others to undermine him. Persons with these traits and symptoms may be prone to satisfying their dependency and intimacy needs via atypical or aberrant means, as in this case. Review of documented interactions between Mr. Coffelt and MV1 reveals that he was very emotionally dependent upon her, as if it were a same-age peer, intimate relationship.
    - Discomforting level of anxiety and tension. He is likely to be plagued by worry to the degree that his ability to concentrate and attend are significantly compromised. Depression seems primarily marked by cognitive features such as negative expectancies and low self-esteem. He is likely to be quite pessimistic and plagued by thoughts of worthlessness, hopelessness, and personal failure. With respect to suicidal ideation, the respondent reports experiencing recurrent thoughts related to a suicidal act.

- The risk for recidivism is low as there is no evidence that Mr. Coffelt has pedophilic urges outside of this relationship. Moreover, the relationship, however egregious, was one of convenience, within the confines of his home.

Ralph H B Benedict, PhD