Sept 10, 2026

To whom it may concern,

I am writing this letter to confirm that Dustin has a kind heart toward everyone he meets and does not have a mean bone in his body. As his father, I watched him growing up as a normal young boy until he began his addiction to video games and online surfing.

His early years were tumultuous toward his mother because he refused to listen to simple requests of her. I was working all the time, so he really spent the majority of time with her. When I tried to help her handle him, he would resist because he was exclusively interested in video games and, to some extent, television.

I began to see him change as a teenager because his video addiction became worse and so did his relationship with me and his mother. He became isolated and I was worried it was not a good situation.

Dustin was diagnosed, as a young teenager with ADHD, by Dr. Kevin Cleary.

He barely made it out of high school, not because he didn't know the material, but because he only cared about video games and surfing the internet. I knew something was seriously wrong with his behavior, yet I felt helpless because he became more and more isolated.

Shortly after high school, he moved into an apartment with his girlfriend and her 2 young children. They had a baby girl together, and I thought this was a great opportunity for him to become a responsible adult. They were together for 7-8 years. I was so hopeful that this is what he needed but I became worried that neither adult would search for employment. They both decided they wanted to be held up in isolation with 3 young children. They were both content on living on public assistance. I do not believe either one of them is capable of being a good parent. In fact, I think they are both grossly unqualified parents and the children are in a constant state of abuse.

I tried to help them by selling them a vehicle and paying for their car insurance until they could afford to pay themselves. I gave them an ultimatum, either go to work or I would cancel their car insurance, which I did, and they lost the vehicle. I was so sad to see they were both incapable of being a capable parent. Saying they were in a dysfunctional relationship is an understatement.

I love my son, so this has been a nightmare! I pray he gets the help needs. I don't think he'll do well in a Federal Prison.

Sincerely,

*Dana Coffelt*

Dana Coffelt