# Dustin Coffelt Character Reference

September 9, 2026

To whom it may concern:

My name is Anne Coffelt and I have been Dustin Coffelt's stepmother since 2011 when his father, Dana, and I married. Prior to that, Dana and I have lived together since 2005. My youngest daughter, Danielle, also lived with us throughout. She was born in 2000 and moved out permanently this year.

Until Dustin was 18, he lived with his mother and we rarely came in contact, only during holidays and family get togethers. He did stay with us for a short time after he graduated high school in 2007.

I can't remember ever feeling uncomfortable having Dustin and Danielle living in the same house. Then again they never had a reason to be alone together. I've asked her if he was ever out of line or crossed any boundaries in any way and she has told me he never did.

Dustin was always polite and respectable, although he was somewhat hard to carry on a conversation with. We would talk about books or movies, generalities, never anything important. I never got a sense there might be any underlying evilness in him. He was a sweet kid, and getting to know him back then, my feeling was that he was awkward with people. And shy. And some people are like that by nature, but ask him about something he could speak to and he'd light up. I enjoy that about him.

Maybe one day he'll find a way out of his shell with proper guidance. I feel there is a truly smart individual beneath.

I hope this letter to you helps his case. Thank you for your time.

Sincerely,
Anne Coffelt
Anne E. Coffelt